IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAJE LEONDAS DORTCH	PETITIONER

V.	NO. 3:20-CV-00269-GHD-DAS

STATE OF MISSISSIPPI	RESPONDENT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Petitioner's federal habeas petition [1] is **DISMISSED without prejudice**. A certificate of appealability is **DENIED**. All pending motions are **DISMISSED** as moot.

**SO ORDERED**, this the 28th day of October, 2020.

_____
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**